UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR07-264-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| LAQUESHA DENISE TILLMAN, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 11, 2011. The United States was represented by AUSA Vincent Lombardi and the defendant by Kevin Peck. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 8, 2008 by the Honorable Ricardo S. Martinez on a charge of Bank Fraud, and sentenced to 27 months custody, five years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in mental health treatment, pay restitution in the amount of

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

$13,273.68, provide access to financial information as requested by her probation officer, maintain a single checking account for all financial transactions, disclose information about all business interests, disclose all assets and liabilities, be prohibited from incurring new credit lines or obligations without permission, and be prohibited from possessing any identification documents in any but defendant's true identity.  (Dkt. 245.)

On April 30, 2010, defendant admitted violating the conditions of supervised release by failing to report to the probation office, using alcohol, and failing to answer truthfully the inquiries of her probation officer.  (Dkt. 281.)  Defendant was sentenced to 30 days with credit for time served, 59 months of supervised release and special conditions including halfway house placement for up to 120 days. (Dkt. 282.)

In an application dated April 5, 2011(Dkt. 289, 290), U.S. Probation Officer Jennifer Van Flandern alleged the following violations of the conditions of supervised release:

1. Leaving the judicial district without permission of the probation officer on or before March 6, 2011, in violation of standard condition number 1.

2. Failing to report to the probation officer as directed on March 16 and 21, 2011, in violation of standard condition number 2.

3. Using cocaine on or about October 31, 2010, in violation of standard condition number 7.

4. Failing to participate in a mental health program as directed from November 5, 2010 through March 23, 2011, in violation of the special condition of her supervised release.

5. Failing to pay restitution of not less than 10% of her gross monthly household income on or about October 21, 2010, in violation of the special condition of her supervised

release.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 327.)

I therefore recommend the Court find defendant violated her supervised release as alleged in violations one through five, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this 11th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Vincent Lombardi
Defendant's attorney: Kevin Peck
Probation officer: Jennifer Van Flandern