UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>LAQUESHA DENISE TILLMAN, )<br>  )<br>Defendant. )<br>_____ ) | CASE NO. CR07-264-RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on July 10, 2012. The United States was represented by AUSA Thomas Bates for Vince Lombardi and the defendant by Kevin Peck. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 8, 2008 by the Honorable Ricardo S. Martinez on a charge of Bank Fraud, and sentenced to 27 months custody, five years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing, abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of $13,273.68, provide

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

access to financial information upon request of her probation officer, maintain a single checking account for all financial transactions, disclose any business interests, disclose all assets and liabilities, be prohibited from incurring new credit obligations or opening new lines of credit, and be prohibited from possessing any identification in any but her true identity. (Dkt. 245.)

On April 30, 2010, defendant admitted violating the conditions of supervised release by failing to report to the probation office as directed, using alcohol, and failing to truthfully answer all inquiries by the probation office when asked to provide her current address. Defendant was sentenced to 30 days in custody, 59 months supervised release. (Dkt. 282.)

On April 11, 2012, defendant admitted violating the conditions of supervised release by leaving the judicial district without permission, failing to report to her probation officer as directed, using cocaine, failing to participate in a mental health program, and failing to pay restitution. (Dkt. 328.) Defendant was sentenced to sixty days in custody, 57 months supervised release. (Dkt. 334.)

In an application dated June 7, 2012 (Dkt. 335, 336 ), U.S. Probation Officer Jennifer Van Flandern alleged the following violation of the conditions of supervised release:

1. Failing to participate in the Residential Reentry Center (RRC) on June 2, 2012, in violation of the special condition requiring her to reside and participate in an RRC for up to 180 days as directed.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 338.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been released on supervision.

DATED this 10th day of July, 2012.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Thomas Bates, Vince Lombardi
Defendant's attorney: Kevin Peck
Probation officer: Jennifer Van Flandern